IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AMIEL CUETO,

Plaintiff,

v.

JAMES GROGAN, ROBERT
HAIDA, and BONDS ROBINSON,

Defendants.                                              No. 08-0808-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action is before the Court on Defendants' Motions to Dismiss.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order of the Court dated September 1, 2009, judgment is entered in favor of the defendants, **JAMES GROGAN, ROBERT HAIDA and BONDS ROBINSON** and against plaintiff, **AMIEL CUETO**, and this action is **DISMISSED with prejudice**---------------------------------------

**JUSTINE FLANAGAN, ACTING CLERK**

BY:    /s/*Sandy Pannier*
         **Deputy Clerk**

Dated: September 1, 2009.

APPROVED: /s/    *David R Herndon*
                CHIEF JUDGE
                U. S. DISTRICT COURT